■ RELIANCE INSURANCE COMPANY et al., Respondents, v JOHN H. STOOKEY et al., Appellants, et al., Defendants.

No opinion. Concur—Milonas, J. P., Asch, Kassal, Smith and Rubin, JJ.